**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Anne Moreland v. Suri Dorai

Appellate case number:    01-13-00219-CV

Trial court case number:  11-DCV-190567

Trial court:              387th District Court of Fort Bend County

On September 13, 2013, Anne Moreland, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On October 31, 2013, the district clerk filed a clerk's record on indigence with the Clerk of this Court. The record reflects that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). The allegations in the affidavit, therefore, are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

Judge's signature: /s/ Terry Jennings
                        ☒ Acting individually     ☐ Acting for the Court

Date:  April 10, 2014